

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 24, 2018

[Stamp: U.S. DISTRICT COURT FILED APR 27 2018 S.D. OF N.Y. DS]

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Elizabeth Ann Pierce*, 18 Mag. 3069

Dear Magistrate Judge Aaron:

The Government respectfully submits this letter, with the defense's consent, to request that the personal recognizance bond ("PRB") in the above-referenced matter be amended to add the following condition of release:

> The defendant shall avoid contact, directly or indirectly, with any person who is or may be a victim or witness in this investigation or prosecution.

So ordered.
OTW
4/27/18

Magistrate Judge Robert W. Lehrburger imposed this condition verbally, consistent with Pretrial Services' and the parties' joint recommendation, but inadvertently left it out of the written PRB. To avoid confusion, we request that the Court So-Order the proposed amendment to the PRB.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Sarah Lai
Assistant United States Attorney
(212) 637-1944

ONA T. WANG, USMJ
4/27/18

cc: Mr. Joshua Lowther, Esq. (by email)